FILED

WILSON HANG
4756 MUSCATEL AVENUE
ROSEMEAD, CALIFORNIA, 91770
Phone Number (626)-753-2560
Fax Number: (626)-766-1034
WILSONHANG123@GMAIL.COM

2026 JUL 30  PM 4: 15

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:

Wilson Hang, IN PRO SE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CV26-8436-MRA-JDE**

Case No.: _____

**Wilson Hang**

                    Plaintiff,

    vs.

**FEDERAL BUREAU OF
INVESTIGATION (FBI)**

**HILDA G. DIXON, an FBI EMPLOYEE
AND DOES #1 THROUGH #9, FBI EMPLOYEES**

                    Defendants.

**COMPLIANT FOR CIVIL RIGHTS**

**BIVENS Action:
DAMAGES
INJUNCTION RELIEF PURUSANT
TO BIVENS ACTION**

**Bivens Action:**

1.  **VIOLATION OF FOURTH AMENDMENT**
    (UNREASONABLE SEARCHES, SEIZURES, AND EXCESSIVE FORCE)

**DEMAND FOR JURY TRIAL**

- 1 -

CIVIL COMPLAINT (DAMAGES AND INJUNCTION RELIEF)

Plaintiff Wilson Hang brings this action against DOES, employees of the Federal Bureau Of Investigation; Hilda G. Dixon, an individual and DOES 1 through 9 for immediate injunction followed by general, compensatory, special and punitive damages; as well as appropriate and just relief resulting from Defendants' unlawful conduct outside of Qualified immunity of their Federal positions.

## I. JURISDICTION

1. This Court has jurisdiction under 28 U.S.C. § 1331 (Federal Question).

## II. VENUE

2. Venue is proper under 28 U.S.C. § 1391(b) because the events occurred in the Central District of California, in the County of Los Angeles.

## III. PARTIES

3. Plaintiff [Wilson Hang] is a resident of Los Angeles County, California. Plaintiff is a male of thirty-one years of age.

4. Defendant Federal Bureau Of Investigation (FBI) is a Federal agency of the United States of America.

5. Defendant #1 is Hilda G. Dixon, an FBI agent, employed at the LA FBI Division office (11000 Wilshire Blvd #1700, Los Angeles, CA 90024). She drives a 2023 Blue Buick Encore GX SUV. She is an resident of either Los Angeles County or Orange County.

6. Doe Defendant #1 is an FBI agent employed at the Long Beach FBI Resident Branch (4811 Airport Plaza Dr., Suite 500, Long Beach, CA 90815) who assisted in performing an invasive procedure involving the implantation of a Radio Frequency (RF) Chip in his body without legal process and without Plaintiff's consent as he was asleep. He is an resident of either Los Angeles County or Orange County. This event occurred in Long Beach, which is considered to be Los Angeles County.

7. Plaintiff is ignorant of the true names and capacities of Defendants sued herein as DOES 1 through 9, inclusive, and therefore sues these Defendants by such

fictitious names and capacities. As mentioned, Doe Defendant #1 is an FBI agent at the Long Beach Resident Branch and Doe Defendants #2 through #9 are FBI agents at the West Covina Resident Branch. Plaintiff will amend this complaint to allege their true identities when ascertained.

8. Plaintiff is informed and believes and alleges that, at all times material herein, each of the Defendants (FBI employees) was in knowledge of the FBI portal available online of the Brain Computer Interface, connected to Plaintiff's body. Plaintiff alleges that to the extent certain acts and omissions to protecting and serving a United States Citizen, referring to Plaintiff, as Federal Law Enforcement as intended, were perpetrated by certain Defendants, the remaining Defendant or Defendants confirmed and ratified acts and omissions.

9. Plaintiff is informed and believes and on that basis alleges, that each fictitiously named or unnamed defendant is responsible in multiple counts of his Fourth Amendment violated herein alleged and that Plaintiff's constitutional rights were legally caused by the conduct of each such Defendant.

10. Whenever and wherever reference is made in this complaint to act or failure, by a Defendant or Defendants, such allegations and references shall also be deemed to mean the acts and failures to act of each Defendant acting individually, jointly and severally.

## IV. STATEMENT OF FACTS

11. On August 3rd, 2024, Doe Defendant #1 is employed at the Long Beach FBI Resident Branch (4811 Airport Plaza Dr., Suite 500, Long Beach, CA 90815) allegedly effected an unauthorized entry during nighttime into Plaintiff's residence at 5337 East El Jardin Avenue, Long Beach, CA 90815.

CIVIL COMPLAINT (DAMAGES AND INJUNCTION RELIEF)

12. While Plaintiff was asleep, Doe Defendant #1 performed or allowed another individual perform an invasive procedure involving the subcutaneous or intracranial implantation of a Radio Frequency (RF) Chip without legal process, warrant, medical necessity, or Plaintiff's consent.

13. Plaintiff alleges that Doe Defendant #1 or other unknown FBI employee(s), with the intent to defraud and provide a "veneer of legality" to an unconstitutional operation and authorization of the RF chip, have created and utilized falsified legal consent documentation.

14. Specifically, the signature appearing on documents that purportedly grant the FBI status as a "legal party" is not of Plaintiff's authentic signature is a fraudulent fabrication, allowing the Brain Computer Interface (BCI) usage to Radio Frequency (RF) chip inside Plaintiff's body, accessing neural and physiological data. Plaintiff affirms he has never—verbally, electronically, or in writing—provided informed consent for such a device nor notified of such, including operating of the Brain Computer Interface (BCI) to Radio Frequency (RF) chip. Any document suggesting otherwise is a multi-layered forgery, such as a NDA (Non-Disclosure Agreement) created to grant the FBI "legal party" status over Plaintiff's biological domain without legal consequence.

15. The RF Chip functions as a neural-interfacing transducer facilitating bidirectional data transmission between Plaintiff and an external Brain-Computer Interface (BCI) system through a web-based portal, consisting of three primary operational modules: "Verbal Speech & Neural Touch Display", "Word-Processing" Mode, and "Sensoria or Index" Mode.

16. At least twenty-eight (28) FBI employees associated with the West Covina Resident office (1050 S. Lakes Avenue, Suite 350, West Covina, CA) considered to be Doe Defendants #2 to #9, maintain unauthorized, 24/7 rotational access to link into Plaintiff's neurological system using the FBI portal of a digital Brain-Computer Interface (BCI). Members of this group

- 4 -

during their assigned shifts use standard computing hardware and multiple active web browser sessions to view all three primary operational modules.

17. The "Verbal Speech & Neural Touch Display" Module offers two capabilities for communication to Plaintiff, Full-Duplex Synchronous Mode ("Direct Conversation Mode") and Asynchronous Simplex Mode ("Indirect" Communication Mode) are both utilized by Defendants of the FBI. The Full-Duplex Synchronous Mode ("Direct Conversation Mode") establishes a bidirectional, real-time communication channel between the Brain-Computer Interface (BCI) and the Plaintiff, with the Radio Frequency (RF) chip implanted in his body. Asynchronous Simplex Mode ("Indirect" Communication Mode) in this configuration, the system is restricted to a one-sided transmission. Through Asynchronous Simplex Mode ("Indirect" Communication Mode), the Brain Computer Interface (BCI) operator may transmit speech or neural signals to the Plaintiff, but the Plaintiff's ability to respond via the Operator of the BCI is intentionally deactivated or suppressed. This results in a one-way communication stream, leaving the Plaintiff unable to communicate with the BCI operator.

18. Defendants #1 to #10 including Hilda G. Dixon as well as Doe Defendants #2 to #9, using these two modes using the "Verbal Speech & Neural Touch Display" Module transmit continuous verbal stimuli, insults, and derogatory remarks directly into Plaintiff's neural perception in both bidirectional and unidirectional configurations.

19. Hilda G. Dixon (around her period with access to the FBI portal, for about two (2) months and rotated around between other FBI employees the last almost two (2) years), that also viewed as well as utilized "Sensoria" or "Word-Processing" modes.

20. Doe Defendants #2 to #9 utilize "Sensoria" or "Word-Processing" modes

CIVIL COMPLAINT (DAMAGES AND INJUNCTION RELIEF)

with the purpose of espionage, to extract responses as knowledge from Plaintiff. This includes obtaining knowledge of current action(s) at the moment, his personal life, and future plans. Defendants #2 to #9 utilize "Sensoria" or "Word-Processing" modes along with "Verbal Speech & Neural Touch Display" to forcibly conversate with Plaintiff to interrogate on certain topics and extract responses as knowledge. This includes procuring intelligence of current action(s) at the moment, personal patterns, details of his past, present personal life, and future plans of current action(s). This is a higher level of espionage enacted by Defendants #2 to #9, for the sake of learning of Plaintiff's plans of reaching out for help against the FBI's misconduct of constitutional violations (including theirs), or remedying this situation and passing information to co-workers of this group (Defendants #1 to #10) that are employed at West Covina FBI Branch as well as other FBI employees in this and other offices to thwart Plaintiff's attempt(s) by delaying, and distracting him with the assistance of their Federal privileges in hopes of avoiding jail (the FBI employees), as well as the Brain Computer Interface (BCI), including 24/7 usage of Full-Duplex Synchronous Mode ("Direct Conversation Mode") and interacting with Plaintiff's nervous system.

21. The continuous, warrantless extraction of Plaintiff's real-time sensory experiences and internal thoughts through the "Sensoria or Index" and "Word-Processing" modules along with continuous Full-Duplex Synchronous Mode from the "Verbal Speech & Neural Touch Display" Module has remained active without interruption since August 4th, 2024.

22. Doe Defendants #2 to #9 utilize the Brain Computer Interface (BCI), resembling a Graphical User Interface (GUI) through "Verbal Speech & Neural Touch Display" mode reflecting a display of the human Brain (See Exhibit A) to engage haptic movements, through configured settings performing "poking," "clicking," and "circular rubbing" gestures that trigger pressure, acute pain, and

CIVIL COMPLAINT (DAMAGES AND INJUNCTION RELIEF)

physical discomfort remotely across Plaintiff's nervous system, as well as poses a direct and ongoing threat to Plaintiff's Brain (nervous system is located), creating a substantial risk of inducing a Brain Aneurysm, seizure or causing death at any time. Each second, everyday is an immediate danger to Plaintiff.

23. Doe Defendants #2 to #9 utilize real-time physiological feedback from the "Sensoria" module (view) to identify neural areas yielding maximum discomfort (mapping) through "Verbal Speech & Neural Touch Display" mode in another web browser while logged in, by screen-recording during their shift through their individual computer (record), disseminating this information among rotating FBI employees to facilitate coordinated physical discomfort.

24. Doe Defendants #2 to #9 utilize the BCI to forcibly enact non-consensual neural overrides of involuntary biological functions, including secretory discharge, gastrointestinal excretion, and urinary excretion, resulting in severe physiological dysfunction.

25. Plaintiff is under Active Investigation by the Federal Bureau of Investigation (FBI), for Guns Proliferation at this present point in time. Plaintiff learned this by the Doe Defendants #2 to #9 (FBI employees) of the West Covina Resident Branch through conversating using the RF chip, and even the type of crime (Guns Proliferation) he is being found suspicious of, through Full-Duplex Synchronous Mode ("Direct Conversation Mode") as he is being monitored by the whole FBI agency. Plaintiff affirms there was no FBI/United States Informants or any other person that ever spoke or heard this from, nor was ever confronted by an FBI employee or documentation, other than through conversation from the Radio Frequency (RF) chip from under Penalty of Perjury. Plaintiff understands as people under Active investigation are not told of an active investigation directed to the person for good reason of in change of truthful actions possibly, therefore risking the safety of the United States and its citizens. Plaintiff mentions if no other source, such as FBI/United States

CIVIL COMPLAINT (DAMAGES AND INJUNCTION RELIEF)

informants did not tell him this fact, Wilson Hang is under Active Investigation by the Federal Bureau of Investigation (FBI), for Guns Proliferation, swears under Penalty of Perjury, it was learned from the RF chip implanted inside his body, through the Brain Computer Interface as the West Covina FBI Doe Defendants #2 to #9 told him about it.

26. Plaintiff states all these actions and facts to affirm the court he should not be under Active Investigation by the Federal Bureau of Investigation (FBI), for Guns Proliferation. He has never held, owned, fired a firearm before nor presently. In addition, he has never sold, bought, given or vice-versa, possessed or any means of a firearm in person or digitally as well as other forms through communication. He once had a airsoft gun left in his possession by an acquaintance during his home at 5337 El Jardin Street that could have been assumed to be a real firearm by the FBI. Plaintiff donated the airsoft gun to an airsoft shop in Santa Fe Springs. He has looked at guns barely, about several times, of two (2) to fifteen (15) times the last five years, like any normal person through online, but for the last year and a half he has not once. In August 2024, Plaintiff traveled to Santa Ynez, California for a few days. Plaintiff traveled to Hawaii, in May 2025 for a week for his sister's graduation with family. Plaintiff was traveling through Utah, Idaho, Oregon, the northern part of California for a road trip in August-September 2025. In Utah, he glanced at some legal guns while window-shopping a store resembling Big 5 (selling Sporting Goods) and exploring the store. Plaintiff affirms there was absolutely no activity of Guns Proliferation in these three trips. Plaintiff believes FBI/United States informants at times, may have assumed he was carrying firearms in his person as he was out in public in his neighborhood or other places and relayed to FBI employees with this accusation, when he was carrying his backpack searching through while actually, he was never in possession of firearms. Surveillance at places available and purposely

CIVIL COMPLAINT (DAMAGES AND INJUNCTION RELIEF)

considered by employees of the FBI, for his active investigation of Gun Proliferation of bags deemed to be perhaps of containing firearms. Plaintiff under penalty of perjury affirms he is not involved in any form of Gun Proliferation his whole entire life and is being falsely accused by the Federal Bureau Of Investigation (FBI).

27. Plaintiff had seen Defendant #1, Hilda G. Dixon around his neighborhood starting the beginning of August 2024. It was the female FBI agent mentioned earlier. Plaintiff describes her about 25-30 years old with black glasses, with some weight, about 120-140 pounds. Her height to be about 5'2-5'5 and light skinned, and her ethnicity of Caucasian or Hispanic. Plaintiff had never seen this person ever around his street before as he been living at his parents' house for the past two months. There was a suspicious Blue Buick SUV, parked across the street where Plaintiff's house was located around and noticed earlier the first week of August 2024. Plaintiff had never seen this vehicle around his neighborhood. Plaintiff decided to take pictures at the time and after a couple of weeks later, Plaintiff hired a Private Investigator (PI). The PI ran a background check on the car weeks later, confirming it was connected to law enforcement. The PI gave the name of the person of the car, belonging to a female named Hilda G. Dixon. Plaintiff had seen Ms. Dixon exit the vehicle (Blue Buick SUV) on August 6th, 2024 while he was outside. Plaintiff affirms Ms. Dixon had been part an active FBI investigation of Guns Proliferation Plaintiff he is under, that is completely false and exaggerated, (Ms. Dixon) as a member of the FBI eight (8) person team at the time, without an doubt at the time of August 6th, 2024 confirmed. As FBI employees are rotated from the LA Division Office to be part of the investigative FBI team after months. Plaintiff affirms Hilda G. Dixon had access to the FBI web portal/Brain Computer Interface at least starting early August 2024 to at least a couple of weeks. The same Brain Computer Interface is infringing on his Constitutional and Human

rights. These facts about Ms. Dixon was learned from the RF chip implanted inside his body, through the Brain Computer Interface as the West Covina FBI Doe Defendants #2 to #9 told him about it.

28. Defendants #2 to #9 utilize the Brain Computer Interface (BCI) such as the through "Verbal Speech & Neural Touch Display" mode, while viewing "Sensoria" and "Word-Processing" modules to speak Full-Duplex Synchronous Mode to Plaintiff to learn of his plans and using to confirm Plaintiff's real-time physical location and normal intentions. Doe Defendants (FBI employees) relay to FBI informants to enact monitoring Plaintiff (i.e. as he walks around his neighborhood, or at another location in public), and communicate his behavior and actions to back to them (FBI employees), with the Federal Bureau of Investigation's (FBI) Federal privilege(s) allowed on an Active investigation of Plaintiff as he is falsely accused of Guns Proliferation. Doe Defendants (FBI employees of West Covina) #2 to #9 have used FBI laptop(s) with software to track Plaintiff latest location on multiple accounts, by following the specific Mac address of his cellphone.

29. The FBI maintains exclusive administrative control over the deactivation protocol on its proprietary servers, and Doe Defendants #2 to #9 have refused Plaintiff's repeated demands to deactivate the link,

30. The Central Intelligence Agency (CIA) allegedly has records, acknowledging relevant information and possesses administrative logs of the BCI/RF link (See Exhibit B).

## V: CAUSES OF ACTION

**FIRST CAUSE OF ACTION: Violation of the Fourth Amendment**
(Unreasonable Search, Seizure, and Excessive Force)

(Against All Doe FBI Defendants In Their Personal Capacities Under *Bivens*)

31. Plaintiff Wilson Hang realleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

32. This Cause of Action is brought against individual unnamed employees (Defendants, Hilda G. Dixon with DOES #1-10) of the Federal Bureau of Investigation (FBI), of the Los Angeles Division (11000 Wilshire Blvd #1700 Los Angeles, CA 90024), Long Beach Resident Branch (4811 Airport Plaza Dr. #500, Long Beach, CA 90815) and the West Covina Resident Branch (1050 S. Lakes Avenue, Suite 350, West Covina, CA 91790).

33. **Warrantless Home Intrusion and Non-Consensual Implantation:** On or about twenty-three (23) months prior to the filing of this action, Doe Defendant #1 engaged in an unauthorized, warrantless entry into Plaintiff's then-residence located at 5337 East El Jardin Avenue, Long Beach, CA 90815. While Plaintiff was asleep and incapacitated inside his secure home, Doe Defendant(s) #1 entered the premises without a warrant, judicial process, or medical necessity, and performed an invasive, non-consensual surgical procedure to plant a Radio Frequency (RF) chip into Plaintiff's neurological system.

34. **Absence of Consent Under Controlling Law:** Plaintiff did not authorize, verbally or in writing, any entry into his home or any technological implantation. Under controlling Circuit precedent, ***United States v. Shaibu, 920 F.2d 1423 (9th Cir. 1990)***, the Government bears the strict affirmative burden of proving that consent to a physical intrusion was "unequivocal, specific, freely, and intelligently given."

35. Because Plaintiff was asleep and incapacitated at the time of the physical intrusion, any claim of implied or actual consent is a legal nullity. The covert implantation constituted an intentional, offensive touching and an

CIVIL COMPLAINT (DAMAGES AND INJUNCTION RELIEF)

unconstitutional physical trespass upon Plaintiff's person, establishing a clear claim for Medical Battery under Color of Federal law.

36. **Ongoing Warrantless Searches (Sensoria Mode):** Defendants, Hilda G. Dixon including Doe Defendants #2 to #9 utilize the operational function designated as "Sensoria" Mode to exfiltrate live, real-time sensory data directly from Plaintiff's nervous system, translating his immediate visual field, acoustic surroundings, tactile interactions, and olfactory/gustatory sensations into descriptive textual narratives.

37. Under *United States v. Jones*, 565 U.S. 400 (2012), the physical installation of a tracking device to exfiltrate data constitutes a Fourth Amendment search. Plaintiff possesses the highest objective expectation of privacy in his own bodily sensations and immediate physical environments. The remote, continuous exfiltration of Plaintiff's biological data without a judicial warrant constitutes an ongoing series of discrete, unconstitutional searches.

38. **Ongoing Warrantless Searches (Word-Processing Mode):** Defendants, Hilda G. Dixon including Doe Defendants #2 to #9 utilize the BCI module designated as "Word-Processing" Mode. This capability intercepts and transcribes the neural correlates of Plaintiff's private thoughts and internal cognitive dialogue directly into a text stream before vocalization occurs.

39. The module bypasses traditional vocalization, extracting linguistic data directly from the neural correlates of the Plaintiff's consciousness as thoughts occur. Beyond simple lexical extraction, the "Word-Processing" Mode utilizes advanced algorithmic processing to interpret and expand upon complex internal concepts.

40. Plaintiff's internal cognitive reasoning through "Word-Processing Mode" constitutes an unreasonable warrantless search of his most intimate "papers and effects" under the Fourth Amendment.

CIVIL COMPLAINT (DAMAGES AND INJUNCTION RELIEF)

41. Doe Defendants #2 to #9, including Hilda G. Dixon speak to Plaintiff directly afar using Full-Duplex Synchronous Mode ("Direct Conversation" Mode), a function of the "Main Verbal and Neural Touch Module" of Plaintiff's Brain Computer Interface, to Plaintiff's most private domain, verbally injecting/ verbal stimuli rude remarks, and into Plaintiff's neural perception is harmful to his mental state. This is also harmful to Plaintiff as the volume of the audio aligned to RF waves could (or have already) damage his Brain, as known as a sensitive area of the body or cause death through this feature.

42. Considered to be a higher level of infringing on Plaintiff's Fourth amendment, Doe Defendants #2 to #9 use these two modes using the " Verbal Speech & Neural Touch Display" Module to transmit continuous verbal stimuli, insults, and derogatory remarks directly into Plaintiff's neural perception in both bidirectional and unidirectional configurations, by incorporating recent data from "Sensoria" and "Word-Processing" modes, known to be illegal Search and Seizure of information taken without consent of real legal documentation. As Doe Defendants #2 to #9 forcibly conversate with Plaintiff, using this data to deliver quickly-thought insults instantaneously or carefully sentence the conversation to be malicious, through the viewing of "Sensoria or Index" and "Word-Processing" Mode module(s), meant to inflict psychologically harm more to Plaintiff. (See Exhibit C for audio logs of what is said). Doe Defendants #2 to #9 speak in his Brain, which is directly in his neural perception, twenty-four hours, seven days a week (24/7), system hindering or distracting Plaintiff and his life.

43. Doe Defendants #2 to #9 engage in **"Neural Impersonation"**(or known as "Asynchronous Simplex Mode" or "Indirect mode"),  a process of transmitting speech using the "Main Verbal and Touch Display mode" Module, through the BCI by configuring settings to the RF chip into Plaintiff's Brain leading to misinterpreting people and his environment as well as while neurologically

disabling the Plaintiff's capacity for bidirectional response, Plaintiff alleges this is incredibly influential and is hateful speech composed of derogatory remarks, used to create a "suffocating" environment of perceived social hostility, as possible harm to himself and others.

44. As in his most private space in direct communication within his Brain, with "Sensoria or Index" or "Word-Processing" module(s) assisting Doe Defendants #2 to #9 utilize real-time psychological feedback from the "Sensoria or Index" mode (Plaintiff's perspective, tone and emotion(s) of intended speech) and "Word-Processing" mode (his inner speech response instantaneously) to identify, as deceptively originating from third-parties in his immediate vicinity. Any form of "Main Verbal and Touch Module" mode (such as Direct or Indirect) is considerably his most private space, or domain with fraudulent legal documentation, in direct communication of his neural perception and out of his control to be stopped. As the Fourth amendment states "The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated". The Brain Computer Interface (BCI) used to search Plaintiff's intimate "papers and effects" without a warrant, violating a person's "reasonable expectation of privacy" *Carpenter v. United States*, **585 U.S. 296 (2018)**. As the "Main Verbal and Neural Touch Module" interacts directly with the Brain is viewed as a "search" or a violation of bodily integrity because it involves an intrusion into the most private "property"—the human mind.

45. **Credential Sharing and Collusion:** Plaintiff alleges that operators at the West Covina FBI Resident branch, known as Doe Defendants #2 to #9 bypassed FBI internal security protocols by intentionally sharing unique BCI login credentials among themselves of approximately twenty-eight (28) unauthorized employees.

46. These Doe Defendants #2 to #9 operate on a 24/7 rotational shift schedule to maintain continuous access to Plaintiff's neural data — by utilizing a coordinated multi-interface monitoring protocol. During assigned operational shifts, these employees utilize standard computing hardware (including desktop and laptop terminals) to maintain simultaneous access to the three distinct BCI operational modules. This surveillance is achieved by utilizing multiple web browsers (including but not limited to, Chrome, Firefox, Edge, Opera, and Safari) to maintain separate, active sessions for the following: "Verbal Speech & Neural Touch Display Module" (Auditory/Neural Interface), "Word-Processing" Mode (Cognitive/Thought Transcription), and "Sensoria or Index" Mode (Comprehensive Sensory Relay). Doe Defendants #2 to #9 utilize all three tabs of the Brain Computer Interface (BCI) using features of Full-Duplex Synchronous Mode and Asynchronous Simplex Mode concurrently displaying multiple counts of infringement on his Fourth Amendment of Illegal Search and Seizure as well as excessive force through neurostimulation.

47. Doe Defendants #2 to #9 utilize the "Sensoria" and "Word-Processing" modules to monitor Plaintiff's real-time physical location and internal cognitive plans.

48. **Unconstitutional Excessive Force via Neural Interventions:** Doe Defendants #2 to #9 utilize the BCI's somatotopic mapping capabilities to precisely trigger neurostimulation interacting with internal systems: Circulatory/Cardiovascular, Lymphatic/Immune, Digestive, Endocrine, Integumentary, Muscular, Reproductive, Respiratory, Skeletal, and Urinary/Excretory and regions of the body (including scalp, neck, eyes, arms, legs, nose, mouth, teeth. heart, lungs, stomach, and as well as others) to Plaintiff. Doe Defendants utilize the digitized somatotopic mapping of the BCI to remotely send physical inputs—specifically described as "poking," "clicking," and "rubbing" gestures—to interact with Plaintiff's nervous system

via RF coupling. These intentional actions cause acute physical irritation, distress, and pain across Plaintiff's internal system as well as regions.

49. Doe Defendants #2 to #9 induced nerve stimulation to cause severe, intractable itching, resulting in dermatological injury of broken skin, scabbing, and permanent scarring. Prolonged stimulation of the optic and facial nerves caused temporary facial disfigurement and other areas of his body (See Exhibit D). As determined as Excessive force through the device using neurostimulation, deeming violations of the Fourth Amendment as an illegal search and seizure of data obtained of precise trajectory using "Sensoria or Index" mode, that led to incidents of broken skin, scabbing, scarring and facial disfigurement to Plaintiff.

50. **Unconstitutional Deployment of Excessive Force:** Under *Graham v. Connor*, **490 U.S. 386 (1989)**, all use-of-force claims against law enforcement personnel are evaluated under the Fourth Amendment's "Objective Reasonableness" standard. Plaintiff is a non-resisting individual with no criminal status, meaning there is zero legal justification for physical intervention. Additionally, as the Plaintiff is not fleeing or fighting back considered as not Active Resistance or Flight, using force on a compliant, non-resisting person is routinely held by Federal courts to be objectively unreasonable in this situation with the illegally consent RF chip operated twenty-four, seven (24/7) by Doe Defendants #2 to #9 of the West Covina Federal Bureau Of Investigation (FBI) resident branch.

51. Doe Defendants #2 to #9 further utilize these neural overrides to force involuntary biological autonomic responses, including sudden eye and nasal discharge, flatulence, and involuntary excretory functions. Doe Defendants #2 to #9 are able with the Brain Computer Interface (BCI) to enact drowsiness through neurostimulation using the Brain Computer Interface and cause Plaintiff to sleep in minutes. This remote manipulation has severely disrupted

Plaintiff's natural physiological systems, allowing Plaintiff to lose the ability of flatulence and excretory functions. Excessive force is concluded as the capabilities of this device, representing an illegal search and seizure of the Fourth Amendment of the topic of gaining sensitive data to target excretory functions by neurostimulation. Even with the standard of Objective Reasonableness applied for necessary force, there is no reasonable explanation for such actions of neurostimulation, leading to permanent damage for necessary functions for Plaintiff's body to survive.

52. This constant surveillance along with neural overrides is used to intercept Plaintiff and prevent him from normally performing in his everyday life. Doe Defendants #2 to #9 are engaging in a continuous course of conduct (referencing Paragraph 46 of a twenty-four seven (24/7) rotational shift schedule while maintain separate, web browsers for active sessions of all three modules for to continuously access Plaintiff's neural functions and referencing Paragraph 51 to utilize the Brain Computer Interface (BCI) as well to enact drowsiness and cause Plaintiff to sleep in minutes of this Claim: Violation of the Fourth Amendment) intended to cause severe emotional distress and physical pain to prevent Plaintiff from seeking legal recourse in this situation, to sever the connection from Doe Defendants. Having live-data using the three modules viewed by Doe Defendants twenty-four hours a day, seven days a week (24/7), are constant violations of the Fourth amendment and enacting sleep at any moment to Plaintiff to deter legal action against Doe Defendants, is excessive force as well as obstruction of justice.

53. This collaborative data-sharing network of accessing "Word-Processing" and "Sensoria" mode(s) for environment or reaction to nerve stimulation triggering specific pain to an area of Plaintiff's body and methods, was established while maintaining an uninterrupted continuous narrative stream using Plaintiff's internal thoughts with the intention to map (referencing Fact 23 of Statement of

CIVIL COMPLAINT (DAMAGES AND INJUNCTION RELIEF)

Facts) his unique neural vulnerabilities for maximum discomfort. Using such a device with collected specific neural data for methods is already a huge infringement of his Fourth amendment, for the purpose to trigger nerve stimulation to his body are the most intimate places to a person, especially without consent is of this utmost.

54. Each distinct instance where a Defendant #2 to #9 views, maps, or records data, (referencing Fact 23 of Statement of Facts of tutorials of methods of neural stimulation and referencing Fact 20 of Statement of Facts of extracting knowledge from Plaintiff of his current action at the moment, his personal life, and future plans as well as relaying to other FBI employees) of flustering topics and nerve stimulation of hinderance, irritation, as well as pain is a violation and multiple counts at times of the Fourth Amendment.

55. Unlike conventional forms of communication or surveillance, which may be ignored, muted, or physically avoided, as the Brain Computer Interface (BCI) directly connects and managed exclusively via remote servers to a website using specific login credentials, accessing the Brain Computer Interface (BCI) of the RF chip in Plaintiff. Plaintiff affirms having no knowledge of Uniform Resource Locator (URL address) and login credentials for website to access at this moment, establishing a state of "digital entrapment" as his Fourth Amendment is continuously violated.

56. **Intentional Conduct and Explicit Withdrawal of Consent:** Plaintiff has explicitly, repeatedly, and via the interface itself instructed the Doe Defendants #2 to #9 to terminate the neural link, which demands have been intentionally ignored. Plaintiff explicitly clarifies that the acts of the Doe Defendants were executed **intentionally, knowingly, and maliciously** to cause physiological distress, and do not arise from any careless mistake or negligence, ignoring the biological necessity for neurological recovery and sleep.

CIVIL COMPLAINT (DAMAGES AND INJUNCTION RELIEF)

57. **Conclusion:** The cumulative conduct of the Hilda G. Dixon including Doe Defendants #1 to #9 —consisting of a warrantless home invasion, unauthorized bodily modification, continuous 24/7 sensory and cognitive surveillance, and the remote actuation of physical harm with trauma—represents a malicious, systemic abuse of Federal authority that violates the Plaintiff's Fourth Amendment in regards to the United States Constitution. Any data captured through this warrantless neural intrusion constitutes Fruit of the Poisonous tree.

## VI. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Wilson Hang respectfully requests that this Court enter judgment in his favor and against the Defendants, and each of them, and grant the following relief:

## A. Injunctive Relief

58. **Preliminary Injunction** – An order for the as Plaintiff Wilson Hang is under Active Investigation by the Federal Bureau Of Investigation (FBI), for Guns Proliferation, is incredibility exaggerated as well as false, strictly prohibiting Defendants employees of the FBI, to always remain three hundred feet (300 feet) away from him at all times.

59. **Immediate (Emergency) and Permanent Injunction (Against all FBI personnel and associates):** An order strictly prohibiting Doe Defendants employed at the Federal Bureau Of Investigation, consisting of their agents, employees, and all persons acting in concert with them, immediately cease and desist all surveillance, monitoring, and operation.

60. **Order of BCI Account:** An formal order to the FBI employees for login credentials for the BCI software for Plaintiff, since his body lacks ability to

- 19 -

naturally have bodily functions properly and needs to enact using BCI software as regularly to live, such as urinating and defecating to exit body.

61. **Immediate (Emergency) and Permanent Injunction (Order of Termination of Brain Computer Interface Accounts With Exception to Only Plaintiff):** An order requiring the FBI employees to immediately "signal-off," deactivate, and disable all neural-mapping data, "Verbal Speech & Neural Touch Display", "Sensoria", "Word Processing", modules from continuing usage of the remote Brain-Computer Interface (BCI) link or any form of neural monitoring/interference or collecting associated with Plaintiff, with exception to his own Personal BCI account for his necessary usage to enact required bodily functions. FBI is ordered to keep all data-gathering logs, and paralinguistic voice synthesis profiles associated with Plaintiff to be linked under his profile under Spoliation order.

## B. Declaratory Relief:

62. **Declaratory Judgment**: A formal declaration by the Court that the Defendants' 24/7 non-consensual neural manipulation and electronic harassment of Plaintiff violated his rights under the Fourth amendment to the U.S. Constitution.

63. **In-Camera Review Appointment:** An order by the Court assigning an appointment with the Judge after an in-chambers for review, producing a Administrative summary of classified records from the Central Intelligence Agency (CIA) or the Federal Bureau of Investigation (FBI) for Plaintiff.

## C. Monetary Damages:

64. **Compensatory Damages:** Award Plaintiff an amount to be determined at trial no less than $130,000,000,000 (one-hundred thirty USD billion dollars) for physical pain, scabbing and scarring, ocular disfigurement, chronic

neurological exhaustion, and severe emotional distress caused by Defendants' conduct.

65. **Special Damages:** Award Plaintiff damages for medical expenses, including future neurological evaluations and psychological care required to treat the trauma caused by twenty-three (23) months of continuous BCI abuse.

66. **Punitive Damages:** Award Plaintiff punitive damages against the Doe Defendants in their individual capacities to punish their "vile," malicious, and reckless disregard for human life and to deter Law Enforcement misconduct in the future.

## C. Fees and Costs:

67. **Costs of Suit:** Award Plaintiff the costs incurred in bringing this action, including filing fees and any other recoverable costs under **28 U.S.C. § 1920**.

68. **Attorney's Fees:** Should Plaintiff add counsel, award reasonable attorney's fees should there be an attorney(s) in the future pursuant to **42 U.S.C. § 1988**.

## D. Additional Relief:

69. **Livelihood Safety Relief**: Plaintiff may need Witness Protection or similar remedy for the safety of him from any FBI employees or accomplices to harm him. Plaintiff may need additional parameters, such as a court order that even FBI or any other law enforcement cannot bypass to find location and enact against him. Based on Plaintiff 's past experiences with the FBI, such as modifying and submitting false evidence, alerting local law enforcement, opening an false active investigation, assaulted by an FBI employee with racketeering by other FBI employees, using FBI/US informants for their goals. FBI possesses Federal Privileges and tools, such as usage of FBI/US informants, FD-302 forms to modify Police reports, access to law-enforcement

CIVIL COMPLAINT (DAMAGES AND INJUNCTION RELIEF)

locating software as well as credibility and assistance with other forms of law enforcement.

**70. Further Relief:** Grant any such other and further relief as this Court may deem just and proper to ensure the safety and bodily integrity of the Plaintiff.

DATED: July 30, 2026

_____
WILSON HANG
In Pro Per

- 22 -

**Exhibit A:** Picture of GUI, and Connection to Complaint

**Exhibit B:** CIA response to Privacy Act, Glamour Response and Relevance to Complaint

**Exhibit C:** Audio logs of Segments of Speech in Full-Conversation mode of 24/7 FBI operating Brain Computer Interface

**Exhibit D:** Body Disfigurement (Legs, Arms, Hip, Neck, Sideburns and Scalp, and Face) With Explanation of Neurostimulation Caused by Itching

Exhibit A



**Exhibit A: Graphical User Interface Similar To Actual Software**

This is a picture very similar of the Brain Computer Interface (BCI), of the Graphical User Interface (GUI) through "Verbal Speech & Neural Touch Display" mode operated by the Federal Bureau Of Investigation (FBI), reflecting a display of the human Brain to engage haptic movements, through configured settings performing "poking," "clicking," and "circular rubbing" gestures that trigger pressure, acute pain, and physical discomfort remotely across Plaintiff's nervous system that Doe Defendants #2 to #9 regularly of a 24/7 operating of the Brain Computer Interface, employed intentionally for the sake of being spiteful for the reason of facing criminal charges eventually as Plaintiff files legal action (this civil complaint) to remedy this situation while Defendants have access to the FBI web-based portal/Brain Computer Interface.

Doe Defendants #2 to #9 utilize the BCI's somatotopic mapping capabilities to precisely trigger neurostimulation interacting with internal systems: Circulatory/Cardiovascular, Lymphatic/Immune, Digestive, Endocrine, Integumentary, Muscular, Reproductive, Respiratory, Skeletal, and Urinary/Excretory and regions of the body (including scalp, neck, eyes, arms, legs, nose, mouth, teeth. heart, lungs, stomach, and as well as others) to Plaintiff. Doe Defendants utilize the digitized somatotopic mapping of the BCI to remotely send physical inputs—specifically described as "poking," "clicking," and "rubbing" gestures—to interact with Plaintiff's nervous system via RF coupling. These intentional actions cause acute physical irritation, distress, and pain across Plaintiff's internal system as well as regions.

Doe Defendants #2 to #9 induced nerve stimulation to cause severe, intractable itching, resulting in dermatological injury of broken skin, scabbing, and permanent scarring. Prolonged stimulation of the optic and facial nerves caused temporary facial disfigurement and other areas of his body (See Exhibit D).

Doe Defendants #2 to #9 utilize the BCI to forcibly enact non-consensual neural overrides of involuntary biological functions, including secretory discharge, gastrointestinal excretion, and urinary excretion, which has resulted in severe

physiological dysfunction. Plaintiff cannot enact on his own and the FBI employees can only enact urinary and defecating functions for Plaintiff's body.

Doe Defendants #2 to #9 use automated software to plant a dot or multiple dots to apply pressure, or have to move in circles or side to side (left to right) in rapid or slow motions that cause physical discomfort. Sometimes these dot(s) can be left for long periods of times, like hours or days when the Plaintiff is asleep while left in one position or moving motions.

Often Doe Defendants #2 to #9 (FBI employees) communicate orders to other co-workers employed at the West Covina FBI resident branch, to enact discomfort as well as pain to Plaintiff out of spitefulness of facing criminal charges, using neurostimulation from the Brain Computer Interface, sometimes based on what Plaintiff responses or action he is doing as Plaintiff is forced to conversate, or majority of the times the FBI employee deems it necessary for a certain method for period of times for hours or/and days, such as like putting an automation dot near Plaintiff's eye for hours (causing irritation and pain) and the next FBI employee does the exact method and so forth for hours.

Doe Defendants #2 to #9 utilize real-time physiological feedback from the "Sensoria" module (view) to identify neural areas yielding discomfort (mapping) through "Verbal Speech & Neural Touch Display" mode in another web browser while logged in, by screen-recording during their shift (of usually thirty (30) minutes to one (1) hour) through their individual computer (record), disseminating this information among rotating FBI employees to facilitate coordinated physical discomfort.

This poses a direct and ongoing threat to Plaintiff's Brain (where the nervous system is located), creating a substantial risk of inducing a "Brain Aneurysm", seizure or causing death at any time. It may have caused permanent brain damage or has already, and every second, everyday is an immediate danger to Plaintiff's life.

# Exhibit B

Tue May 27th, 2025 4:58 PM Pacific Time

# FAX

Wilson Hang

Personal Email: Wilsonhang123@gmail.com
Please email for any questions

Personal Phone Number: 1+(626)-597-5624
Please call or text

## TO:

Name: Information and Privacy Act Coordinator

Fax Number: (703) 613-3007          # of Pages: 6
(including cover sheet)

## FROM:

Name: Wilson Hang

Fax Number: (626) 537-1389

**Subject:** Request Of Documents

**Message:**

Hello there,

I am requesting records for Wilson Hang, myself.
Please note the an limit for my fax online service, HumbleFax, which has a page limit on incoming faxes. There is a limit of 100 pages per individual fax transmission.

Please contact for any issues or inquries.
Thank you

Sent with HumbleFax.com



Central Intelligence Agency

Washington, D.C. 20505

19 May 2025

Wilson Hang
4756 Muscatel Avenue
Rosemead, CA  91770

Reference: P-2025-00785

Dear Requester:

On 16 May 2025, the Office of the Information and Privacy Coordinator received your 15 May 2025 letter requesting records on **yourself**. Your request for information falls under the purview of the Privacy Act and has been assigned the reference number above. Please use this number when corresponding so that we can identify it easily.

The Privacy Act requires federal agencies to safeguard personally identifiable information about an individual. CIA's Privacy Regulations, Title 32 C.F.R. § 1901.13, establish the criteria below:

> *An individual seeking access to or amendment of records about himself shall provide in the letter of request his full (legal) name, address, date and place of birth, and current citizenship status together with a statement that such information is true under penalty of perjury or a notarized statement swearing to or affirming his identity. In the case of an individual who is an alien lawfully admitted for permanent residence, said individual shall provide his or her alien registration number and the date that status was acquired.*

Although you have provided some of the identifying information required before we can effectively search our files on an individual, we still need additional data before we can begin processing your request. Without this data, we may be unable to distinguish between individuals with the same or similar names. Specifically, we **require** your:

✔ *Full name*
☐ *Your current mailing address and/or phone number*
✔ *Date and/or place of birth*
✔ *Citizenship status[1] Please state whether you are US citizen, a naturalized citizen, or a permanent resident alien. If you are a naturalized citizen, please provide your naturalization number and the date you acquired that number. If you are a permanent resident alien, please provide the date since you acquired that status and the permanent resident alien number.*
✔ *Authorization to release information to another person[2]*

---

[1] *Individuals submitting a request under the Privacy Act of 1974 must be a "citizen of the United States or an alien lawfully admitted for permanent residence", pursuance to 5 U.S.C. 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.*

[2] *This section is to be completed by a requester who is authorizing information relating to him/herself to be released to another person. The requester should provide the name and address to who records should be released, along with, a statement authorizing the CIA to release any and all information relating to me to the specified individual.*

✔ *Statement under perjury*
✔ *Signature*

You may submit any additional information you wish to help us ensure that our search is as comprehensive and accurate as possible.

Additionally, unless you object, if our searches reveal that you have previously submitted requests for information to this agency, we will not provide copies of that correspondence and related documents since you should already have a copy from that previous case.

We will hold your request for 45 business days from the date of this letter pending receipt of the required information. If we do not hear from you within that time, we will close your request. This does not preclude you from resubmitting in the future if you are able to provide the required information.

Please send requested information to:

Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

If you prefer to fax in your information, our facsimile is 703-613-3007.

Alternatively, you may choose to submit your information via our electronic submission portal located at: www.cia.gov/publicaccessgateway.

Sincerely,

Stephen Glenn
Information and Privacy Coordinator

Enclosure



Central Intelligence Agency
Information and Privacy Coordinator
Washington, DC 20505
Fax: (703) 613-3007

# Privacy Act – Certification of Identity Form

**Privacy Act Statement:** In accordance with 32 CFR Section 1901.13 personal data to identify the individual submitting requests by mail or by electronic means under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this form is to ensure that the records of individuals are not wrongfully disclosed by Central Intelligence Agency (CIA). Requests will not be processed if all of this information is not furnished. False information on this form may subject the requester to criminal penalties under 5 U.S.C. Section 552a(i)(3).

**Fields marked with an asterisk (*) are required. Thank you.**

**\* Your Full Name (Last, First, Middle) – Mr / Mrs / Ms:**
_Hang, Wilson_
Any Other Names Used?

**\* Your Current Mailing Address & Phone Number:**
_4756 Muscatel Avenue Rosemead, CA 91770_

**\* Date of Birth** (month/day/year): _06_ / _02_ / _1995_   **\* Place of Birth:** _San Gabriel Medical Center_

**\* Citizenship Status[1] (Please Check One):**

_✓_ US Citizen      Social Security#[2] : _612_ – _82_ – _2325_ Other Country: _____

**OR**

_____ Naturalized Citizen as of (month/day/year): _____/_____/_____      Naturalization#: _____

**OR**

_____ Permanent Resident Alien as of (month/day/year): _____/_____/_____      PRA#:_____

**Specific Records of Interest:**
_Please see attached page for specific Records, RF Chip Documentation_

**OPTIONAL: Authorization to Release Information to Another Person:** This section is to be completed by a requester who is authorizing information relating to him/herself to be released to another person. Further, pursuant to 5 U.S.C. 552a(b), I authorize the CIA to release any and all information relating to me to the following (Print name and address to who records should be released):

**Statement Under Penalty of Perjury:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

**\* Your Signature:** _____      **\* Date:** _5/27/25_

---

[1] Individual submitting a request under the Privacy Act of 1974 must be "a citizen of the United States or an alien lawfully admitted for permanent residence", pursuant to 5 U.S.C. 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, we may be unable to locate any or all records.

**Specific Request Interests/Privacy Act Requests**
**For the Central Intelligence Agency to the Information and Privacy Act Coordinator**

For Person, Wilson Hang

-(Forged) Documentation of Wilson Hang giving consent and access of the RF (Radio Frequency) Chip/Mind Encoder and software to the party, FBI (Federal Bureau of Investigation), amongst other parties
-Altered or attached Documentation of Wilson Hang giving consent and access of the RF(Radio Frequency) chip/Mind Encoder and software to the party, FBI (Federal Bureau of Investigation) through USC, amongst other parties

-Related Documentation, Evidence of Subsidiaries revealing a network of Individuals Illegally forged documentation leading to legal authority allowing the Legal document above to be enacted or fraudulently acting within my consent without actual permission

-Documentation, Evidence related to shell company of evidence of software name and owner(s) full name(s) if available

-Documentation, Evidence related to RF (Radio Frequency) chip/Mind Encoder times when active or instructions for subpoena/court order process

-Documentation, Evidence related to Mac Address of Electronic devices on Mind Encoder of Wilson Hang, in case if able Legal name(s) or instructions for subpoena/court order process

-Documentation, Evidence related to Mac Address of Electronic devices on Mind Encoder of Wilson Hang, in case if able Legal name(s) or instructions for subpoena/court order process could include Law Enforcement but was not on work assignment ever of Mind Encoder of Teams of 2 and 5 thus, voiding consent

-Include FBI agents names employed at West Covina FBI (1050 Lakes Dr # 350, West Covina, CA 91790, Long Beach FBI (4811 Airport Plaza Dr #500, Long Beach, CA 90815), Los Angeles FBI (11000 Wilshire Blvd #1700, Los Angeles, CA 90024) or instructions for subpoena/court order process

-Documents, Evidence concluding FBI false but active investigation, or instructions for subpoena/court order process, can Include CIA Intelligence reports/summaries

-Documents, Evidence concluding FBI active, probable cause investigation yet false, of activities conducted of FBI consisting of surveillance, hacking electronic devices, FBI informants, FBI conducted interview of Janny Hang, Bank Account of Bank Of America tracked expenses surveillance, (including data, time, person, event)

Information and Privacy Act Coordinator
Central Intelligence Agency
Washington, DC 20505


Dear Information and Privacy Act Coordinator,


I, Wilson Hang, an individual, am seeking access to records about himself. (Please find attached page of documents I am requesting)
I am a Natural-born and US citizen of the United States.
My place of birth was at the San Gabriel Valley Medical Center at 218 South Santa Anita Street, San Gabriel, CA 91776 of the United States in the year 1995 of June 2nd.
I am currently residing at 4756 Muscatel Avenue. Rosemead, California, 91770.
I used to reside at 5337 East El Jardin Street. California, 91805.
I used to reside at 838 West Northridge Avenue, Glendora, California, 91741.
Should information shown on your end say otherwise, I am providing all these locations of past residences to confirm I am this person.

I declare under penalty of perjury that the foregoing is true and correct.


Sincerely,

Wilson Hang

Date: 5/27/25

Signature: _____



Central Intelligence Agency

Washington, D.C. 20505

02 July 2025

Wilson Hang
4756 Muscatel Avenue
Rosemead, CA 91770

Reference: P-2025-00785

Dear Requester:

This letter is a final response to your 15 May 2025 Privacy Act (PA) request for records on yourself. We processed your request in accordance with the Freedom of Information Act (FOIA), 5 U.S.C. § 552, as amended, and the Privacy Act of 1974, 5 U.S.C. § 552a, as amended.

After conducting a search reasonably calculated to uncover all relevant documents, we did not locate any responsive records that would reveal a publicly acknowledged affiliation with the CIA.

To the extent your request also seeks records that would reveal a classified association between the CIA and yourself, we can neither confirm nor deny having such records, pursuant to Section 3.6(a) of Executive Order 13526, as amended. If a classified association between you and the CIA were to exist, records revealing such a relationship would be properly classified and require continued safeguards against unauthorized disclosure. You may consider this finding a denial of this portion of your request pursuant to PA exemptions (j)(1) and (k)(1) and FOIA exemptions (b)(1) and (b)(3). Exemption (b)(3) pertains to information exempt from disclosure by statute. In this case, the relevant statutes are Section 6 of the Central Intelligence Agency Act of 1949, 50 U.S.C. § 3507, as amended, and Section 102A(i)(l) of the National Security Act of 1947, 50 U.S.C. § 3024(i)(1), as amended.

As the CIA Information and Privacy Coordinator, I am the CIA official responsible for this determination. You have the right to appeal this response to the Agency Release Panel, in my care, within 90 days from the date of this letter. Please include the basis for your appeal.

Please be advised that you may also seek dispute-resolution services from the CIA FOIA Public Liaison or from the Office of Government Information Services (OGIS) of the National Archives and Records Administration. OGIS offers mediation services to help resolve disputes between FOIA requesters and Federal agencies.

**Exhibit B: CIA response to Privacy Act/Glamour Response**

**Privacy Act Request:**

On May 27th, 2025, The Plaintiff (I), asked the Central Intelligence Agency (CIA) to help search by compelling their records of the RF chip being illegally operated by the Federal Bureau of Investigation (FBI), through a Privacy Act request. A reply was received on July 2th, 2025 from the **CIA Information and Privacy Act Coordinator.** This is a quote from response to a Privacy Act request from the Central Intelligence Agency (CIA).

**"To the extent your request also seeks records that would reveal a classified association between the CIA and yourself, <u>we can neither confirm nor deny having such records</u>, pursuant to Section 3.6(a) of Executive Order 13526, as amended. If a classified association between you and the CIA were to exist, records revealing such a relationship would be properly classified and require continued safeguards against unauthorized disclosure. You may consider this finding a denial of this portion of your request pursuant to PA exemptions (j)(1)  and (k)(i) and FOIA exemptions (b)(1) and (b)(3). Exemption (b)(3) pertains to information exempt from disclosure by statute. In this case, the relevant statues are Section 6 of the Central Intelligence Agency Act of 1949, 50 U.S.C 3507, as amended, and Section 102A(i)(1) of the National Security Act of 1947, 50 U.S.C 3024 (i)(1) as amended"**

**Glamour response:**

This is known to be a Glamour response from the CIA, legally it does confirm or not, they do have something. The term "Glomar" comes from the *Hughes Glomar Explorer*, a massive salvage ship built by Howard Hughes for a secret CIA mission in the 1970s to recover a sunken Soviet submarine. When reporters started asking questions, the CIA invented this specific legal "neither confirm nor deny" maneuver. For this Privacy Act, **this actually means the CIA do have** records of the RF chip being illegally operated by the Federal Bureau of Investigation (FBI), **why does the CIA just state they have nothing or deny anything. The answer** demonstrates its protected by statues or Government Laws. The Plaintiff has actually written a response to appeal the CIA's response. Plaintiff states he cannot

see the CIA Intelligence logs which could serve as evidence for this complaint because he is a person with no employment to the agency. Plaintiff would like to add he may have asked for additional records he is not entitled to request.

The Central Intelligence Agency (CIA) does not allow people with such information because this information is classified, composed of operations, methods and would be putting others at risk (people that work for this Government agency, their identities) and possible legality issues in this case and context.

**This actually means the CIA do have** records of the RF chip being illegally operated by the Federal Bureau of Investigation (FBI)**, by stating neither confirm or deny having such records, as proving this claim that may sound frivolous to be completely true.**

# Exhibit C

## Exhibit C-1 RF Log West Covina FBI
## Audio Log Of Brain Computer Interface (BCI), using Full-Conversation Mode

Sunday May 31, 2026

West Covina FBI employee

FBI employee Around 8:30-9pm shift

8:49pm

FBI: The reason I'm doing this…is screw you hahaha

8:50pm

FBI: But seriously I dislike you, I don't think I could take it further into our relationship

Wilson: That's g*y

FBI: As friends

Wilson: Nobody likes you,

FBI: Not even your wife

Wilson: Not even your kids

**Exhibit C-1 Log Page 1 of 3**

FBI: Wait!!!

8:52-8:53pm

Wilson: When she finds out

FBI: I hate your a*s

Wilson: When she finds out

FBI: She is going to be living in an apartment with her kids,

FBI: One of them

FBI: We suck (on account of thinking it was making sound like Plaintiff)

8:53-8:54pm

FBI: Screw this sh*t!!!!

FBI: You do not have to do this default g*y court sh*t

Wilson: Why are you doing this?

FBI: An end to a means

Wilson: Is it because you are trying to drive me to the brink of suicide?

FBI: Yes

FBI: We think if we keep you on the brink, we may protect our finances and find you/keep a job

FBI: Haha

FBI: MY WIFE HATES YOU!!!

**Exhibit C-1 Log Page 2 of 3**

Wilson: Why? she doesn't even know who I am

Wilson: You're not supposed to be telling her FBI stuff

FBI: She does know…eventually

Wilson: Does she know right now

FBI: No no no (all panicked)

Wilson: Cross your heart

FBI: Cross my heart

Wilson: Cross your wifes head, kids head,

FBI: Look she may know a little

Wilson: What does she know?

FBI: She knows I am watching a suspicious active investigation Tommy Peculiar of asian descent man that looks like a little boy

FBI: Wilson's g**!!!!

FBI: She has seen the photograph

The FBI employee verbally insults by calling Plaintiff homosexual, and other nouns such as Court/legal action aligned to an derogatory noun of defecating (sh*t) and homosexual (g*y). The FBI employee uses profanity such as A*s and sh*t. The FBI employee also admits to keeping the Plaintiff on the brink of suicide to protect his finances and keep their job (at the FBI office), to guarantee there is no legal action coming from Plaintiff to remedy this situation by (the FBI employee and other ones as well) talking to him 24/7 on the Brain Computer Interface and emitting pain.

**Exhibit C-1 Log Page 3 of 3**

## Exhibit C-2 RF Log West Covina FBI
## Audio Log Of Brain Computer Interface (BCI), using Full-Conversation Mode

Sunday May 31, 2026

West Covina FBI employee

FBI employee Around 9-9:30pm shift

9:00pm

Wilson: You know for your friend it is illegal for your friend to let his wife know anything of FBI information?

FBI: Yes

Wilson: You can't share this information as she is not employed

FBI: Yes but she is my wife, his wife.

FBI: We are evil tresbo*ty ("tresboo*y" is learned from Wilson)

FBI: (Pretend sneeze as hearing someone behind me at a coffee shop Aroma Formosa) trying to be funny

9:02pm

Wilson: Now what else?

(Couple seconds pass)

**Exhibit C-2 Log Page 1 of 5**

FBI: Wilson's g**, I make more money than him

9:03pm

Wilson: I can't make money because of you guys because you were messing with the indirect mode of the Mind Encoder

9:04pm

FBI: "Yasss!"

New audio log
9:17PM

Wilson: So what now?

9:17pm

FBI: My wife's pu**y likes to attack me for fun

Wilson: Where did you get that from?

9:18pm

FBI: Not from me

9:18-9:19pm

FBI: Stole it and added my wife, your hamsters from childbirth, from your pu**y, your sister's pu**y

**Exhibit C-2 Log Page 2 of 5**

9:19pm

Wilson: The girls from

FBI: (Playing a image from atlantic times square of girls, a memory)

Wilson: Atlantic time square

FBI: --are divisive, I am jealous, they would only like you since you are small, short. I am strong and talllll!

Wilson: You are lying and short

Wilson: Pretending to be me and ugly and old

9:22pm

FBI Nobody likes my wife, nobody wants to be friends with my wife

FBI: You said that?

FBI: I did (as he is playing with voice volume)

Wilson: No I didn't

FBI: He's lying

Wilson: I didn't say it at this moment and the other times

FBI: Allister Tenpennyyyy!!!

Wilson: All losers, ten pennies

Wilson: All the time, ha ha ha

**Exhibit C-2 Log Page 3 of 5**

Wilson: You guys caused me to poop earlier?

FBI: Yes the 8:30 to 9 homie did

Wilson: It was the 7:30-8pm one

FBI: Yes

FBI: You speak devisefully

9:26pm

Wilson: What does that mean?

FBI: Correct all the time

Wilson: Okay

FBI: I'm scared of you

9:27pm

Wilson: Why?

FBI: You're smart

FBI: Wilson I don't wanna help you itemize

FBI: Go play vaping, g** vaping outside

**Exhibit C-2 Log Page 4 of 5**

The FBI employee verbally insults by telling Plaintiff his vaping or electronic cigarette usage is homosexual, and how Plaintiff is seen in his perspective (Defendant/FBI employee considering Plaintiff homosexual) as well when he makes more money than him, while Plaintiff does not make any money. The FBI employee uses Indirect mode, making it seem like others around him are enacting around him. He brings up his Plaintiff assumed to have a female vaginal area and his sisters' as well. The FBI employee processes imagery by saying or typing it in Sensoria mode making Plaintiff see what he said such as a memory of Atlantic Square Plaza. The FBI employee is also playing with the voice volume and voice filter(s) to psychologically damage his mental state. Also admitting one of his FBI co-worker caused Plaintiff to defecate by touching his nervous system recently.

**Exhibit C-2 Log Page 5 of 5**

## Exhibit C-3 RF Log West Covina FBI
## Audio Log Of Brain Computer Interface (BCI), using Full-Conversation Mode

Monday June 1st, 2026

West Covina FBI employee
FBI employee Around 5-6am shift

5:28am

FBI: You're g** Wilson, I hate you

FBI: I wanna kill you

Wilson: How.. are you able to say this stuff (thinking you're the government)

FBI: Makes you think huh

FBI: Because bit*h I can

5:29am

Wilson: Cooool

FBI: I know a song (plays one of my songs)

Wilson: Does it ever make you think you're one of the top government agencies and you say this stuff

FBI: This is fun!!

**Exhibit C-3 Log Page 1 of 7**

Wilson: Why?

FBI: Because I get to say whatever stuff.. I FEEEEL. Haha alister tenpennies in my pocket only

FBI: Why are you so evil (pretending to be Wilson and mockingly)

FBI: Because I feel like it

FBI: I haven't had this much power in decades

FBI: Because when I was a little boy, I was mean to everyone. I was not so mean to everyone

FBI: I was a nice little boy

Wilson: You're a mean boy

FBI: Screw you!!

FBI: I hate people impressioning you hehe

FBI: How was that drive in San Francisco (say and triggering a view of a lake across SF)

Wilson: It was nice and..

FBI (uses Sensoria Mode of a memory driving in San Francisco)

FBI: The sunlight looked what

Wilson: Moonlight looked nice in the water

FBI: Better?

Wilson: Not really, but yeah

FBI: So what now

Wilson: Stop playing porn in my brain

**Exhibit C-3 Log Page 2 of 7**

(Starts making me itch badly around neck, scratching neck skin itch)

FBI: You screwed the pooch

Wilson: Now tell me (as the FBI employee makes me scratch my neck still with the Brain Computer Interface)

5:38pm

Wilson: Now tell me why do you talk in my brain
FBI: Because I feel like it

Wilson: Do you know this is illegal?
FBI: YESSS

Wilson: Do you guys know this could cause an aneurysm?

FBI: Yess

FBI: Why do you do it still?

Wilson: Because we're evil

Wilson: You and your 40-50 friends of your criminal group

FBI: Yes

Wilson: Of West Covina FBI branch

FBI: Mmm hmm

Wilson: That's evil

5:39

**Exhibit C-3 Log Page 3 of 7**

Wilson: Do you borrow the accounts of the west covina translators?

FBI: Yes

Wilson: Do you know your manager knows he doesn't allow you

FBI: No

FBI: Yess (as volume is lowered)

Wilson: Do you know you put my life at risk?

FBI: Yes

Wilson: Why do you and your friends of west covina, your co-workers, have this on 24/7 this criminal group known as Comp?

FBI: Because we want you on the brink of suicide

Wilson: Why on the brink of suicide?

FBI: Because Wilson, it would protect my family's assets and my a*s hehe

FBI: Because I don't wanna be in jail, out here is cool and best

Wilson: But you ruined my life

FBI: Ah huh

Wilson You and the rest of the FBI agency

FBI: No just us comp and the fat oafs of west covina, long beach actually
They started this whole mess putting the chip into you

5:44

**Exhibit C-3 Log Page 4 of 7**

FBI: They gave you the transmitter to put inside you to make you a congressional member

FBI: As he said this he touched the back of my head behind my left intentionally

Wilson: Why?

FBI: Because you're nice. You're one of the smartest people on the planet. You speak grown up and look like a kid.

Wilson: That night of August 1st, when I went into my neighbor's house, did you guys cause it?

FBI: Yes with indirect mode. My friend made it sound like voices in indirect mode and you overencumbered with anger into that house.

Wilson: Is it true you stalk me across town and call the police on me?

5:49


FBI: Yes. Whenever I get the chance,

Wilson: Do you lie about things?

FBI: What do you think?

Yes you do greatly, in hopes in being in jail and stop me from getting justice and making you face criminal charges

FBI: Yes

Wilson: Do you emit pain through the BCI?

FBI: All the time, as you're asleep

**Exhibit C-3 Log Page 5 of 7**

FBI: Why do I feeeel like it? (Impressioning Wilson mockingly)

FBI: Because I feel like it

Wilson: Why

FBI: Because I'm going to jail and I feel like it

Wilson: Its horrible it could permanently damage me and my body like my brain

FBI:I know and I don't care!

Wilson: Do you know while I'm asleep you type in stuff in index mode and cause imagery giving me dreams

FBI:  Yes I do know. I know it sucks. I just don't care

FBI: You know what else you're g*y

Wilson: One more question, one of you guys told me you do this out of spite?

FBI: Allisteerrrr, yes!

Wilson: That's horrible, why do you do it?

FBI: Because I don't care, I lived my whole life as an earnest person and my manager screwed the pooch. I have to sit in jail because of him

5:59am

Wilson: You know you make the decision to use the mind encoder and emit pain, right?

FBI: Yes I do know. Wilson youre g*y g*y g*y g*y!

**Exhibit C-3 Log Page 6 of 7**

The FBI employee verbally insults by telling Plaintiff is homosexual all of a sudden and randomly, and how he believes he can act disrespectful still as Plaintiff tries to reason he works for the Government.  The FBI employee states he wants to kill Plaintiff. The FBI employee says he is a derogatory term of a female dog mother, known as a bit*h. The FBI employee is playing imagery in the Plaintiff's Brain, bringing up a memory as he was taking a trip in San Francisco at night, then suddenly bringing up pornography out of the blue as imagery, just to insult him and cause utmost psychological discomfort. Plaintiff asks some questions about whether using the Brain Computer Interface can trigger a aneurysm if he knows, the FBI employee admits yes and says he does not care. The events of August 1st, 2024, the FBI employee admits it did happen because of the Brain Computer Interface.

**Exhibit C-3 Log Page 7 of 7**

## Exhibit C-4 RF Log West Covina FBI
## Audio Log Of Brain Computer Interface (BCI), using Full-Conversation Mode

Wednesday June 3, 2026

West Covina FBI employee
FBI employee Around 4:30-5pm shift

4:59pm

FBI: That girl's pu**y smells

FBI: Your Mom's

Wilson: You're horrible

FBI: Wilson you're g*y g*y g*y g*y for putting me in jail because of the mind encoder

Wilson: I haven't even put you in jail yet

FBI: Wilson I hate you

5-5:30pm

New FBI employee

FBI: Wilson I hate you, you are the most prejudiced person ever

Wilson: How so?

FBI: You teach your bad elders bad manners

**Exhibit C-4 Log Page 1 of 5**

FBI We endeavor ourselves to you

FBI You treat us like doo-doo

Wilson: I treat you guys with respect

FBI: Fu*k you, respect doesn't matter

FBI: I can touch your brain anytime

Wilson: How do you do it?

5:03pm

FBI: I can touch your nerves!!!

Wilson: Like how?

FBI: Its like talking to a paraplegic who** with epilepsy…and seizures

Wilson: But still how?

FBI: Through the BCI, the Brain Computer Interface

FBI: I can touch it when I'm on the toilet anytime

Wilson: How come I can't hear other sounds?

FBI: Because the fat oafs in long beach made it that way, they itemized…

Wilson: you mean, EQ it

FBI: You're smarter than me (hhehaw)(fake cry) (kissie(kissie)

FBI: Why am I going to jail?

Wilson: Because you're a

**Exhibit C-4 Log Page 2 of 5**

FBI: Fat bozo

Wilson: Because you're an evil person

Wilson: You use the BCI when I tell you not too

FBI: True

5:08pm

Wilson: Your friends, co-workers use this all the time, 24/7, on self volunteered shifts, to drive me on the brink of suicide, to stop me from testifying and putting you in jail

FBI: Yass and for that…YOU SHOULD DIE DIE DIE…die

Wilson: How evil can you be?

FBI: Extremely evil mhawmhwaw (evil laugh)

FBI: Wilson you're going to be a rich fa**ot

Wilson: I'm not a fa**ot, what does being rich have to do with this?

FBI: Because I've always wanted to be rich my whole life

Wilson: You could have started a business

FBI: It's easy being being you wink wink

FBI: I HATE YOU (uhh haa) (Carol Pang sound)

Wilson: Well I hate you more because you invaded my brain and ruined my life

Wilson It was because of the Mind Encoder and a bunch of FBI employees messing around

**Exhibit C-4 Log Page 3 of 5**

5:14pm

FBI: True as fu*k

Wilson: Why do you care about being rich so much?

FBI: Because it sucks being poor, I have no money to eat out all the time. I have people to take care of all the time

Wilson: well you can spend some money to get two entrees like a month

FBI: I could! But nonetheless I don't want too

Wilson: Ya know I've been poor my whole life

FBI: I have too, it takes one to know one (poor person)

5:17pm

FBI: I mean I can look through your security camera and see your dump of a house

Wilson: I'm sure your richer than I am

FBI: I am

Wilson: You have two cars, a house, family and friends that love you

FBI: SCREW YOU!

Wilson: I hate you fascists!

FBI: Shots be dismayed

**Exhibit C-4 Log Page 4 of 5**

Wilson: Tell your friends to leave the mind encoder FBI portal

FBI: NOOO!

Wilson: Just to ask it is the 40-50 fbi employees of west covina

FBI: Yes

FBI: Just to let you we're not going to put a bomb near your house

Wilson: But your friend said earlier today (the Cantonese Translator)

5:21pm

FBI: He did say so

The FBI employee verbally insults Plaintiff, affirming Plaintiff's mother's reproduction part is of bad odor. The FBI employee calls the Plaintiff a wealthy person with a derogatory term of a homosexual. Later on, the FBI employee points out Plaintiff is poor or lower income. The FBI employee remarks there is no bomb near Plaintiff's house but Plaintiff responds saying one of the FBI other employees mention he was going to put a bomb earlier and the FBI employee did confirm the other co-worker did say such a thing.

**Exhibit C-4 Log Page 5 of 5**

## Exhibit C-5 RF Log West Covina FBI
## Audio Log Of Brain Computer Interface (BCI), using Full-Conversation Mode

Friday July 24, 2026

West Covina FBI employee
FBI employee Around 1-2am shift

1:28am

FBI: I'm sad

FBI: I can't believe I'm going to jail, you're an asshole

FBI: Little did I know, you were going to send me to jail

FBI: We're not the best of friends

FBI: I can't believe this, you're recording me, doing me a favor

FBI: Lets face the facts, why are you taking this good family man away?

Wilson: Because you talk in my brain and emit pain

FBI Wilson,

FBI: You're g*y x4

FBI: I would not recommend playing video games,

FBI: Why am I going to jail too?

**Exhibit C-5 Log Page 1 of 2**

Wilson: Because you talk in my brain and emit pain through my nervous system,

FBI: You're nasty

Wilson: Admit it

FBI: Nooo

Wilson: You touch my nervous system

FBI: Yesss. Yes

1:32am

FBI: I'm sad

Wilson: Say something else, besides copying your friend

FBI: Wilson, I hate you

FBI: Wilson, you are an evil meanie

FBI: You're a fat pang zi

FBI: You have no good looks

Wilson: Wait till I see you in court

FBI: You have no money, girls, car, house and etc, etc (actually saying ETC)

Wilson: Look who's talking, and you wear a potato bag

Ends at 1:35am

The FBI uses derogatory terms to Plaintiff, calling him an as*hole, and saying and considering himself to be a good family man for putting him in jail. He calls Plaintiff homosexual multiple times, as well as calling him mean and a fat person known as Pang Zi, in Mandarin (Chinese language). As well as insulting Plaintiff saying he has "no money, girls, car, house and etc".

**Exhibit C-5 Log Page 2 of 2**

# Exhibit D

Exhibit D-1



Page 1 out of 20

Exhibit D-2

Page 2 of 20



Exhibit D-3

Page 3 of 20





Exhibit D-5



Exhibit D-6



Exhibit D-7





Exhibit D-9



Exhibit D-10

Page 10 of 20



Exhibit D-12

Page 12 of 20



Page 11 of 20

Exhibit D-11



Page 13 of 20

Exhibit D-13



Exhibit D-14



Exhibit D-15                                                                     Ex.Page 15-15 of 20



Page 16 of 20

Exhibit D-16



Page 17 of 20

Exhibit D-17



Exhibit D-19

Exhibit D-20

# Exhibit D: Introduction

**Entries Of Legs, Arms, Hip, Sideburns of Face and Scalp, Back of Neck, Side Of Neck, Face (Concerning Eye areas)**

### Entry 1: Before Device/ Exhibit D-1

**Image was Taken on 09/24/2022 at 5:09PM**

Exhibit D-1/20220924_170920 shows a picture of Plaintiff looking completely fine. Areas of his face consisting of his eye and sideburns look completely normal. Long before the operating of the Brain Computer Interface.

**Exhibit D: Page 1**

**Entry 1: Legs/ Exhibit D-2**

**Image was Taken on 09/19/2025**

Right leg appears to suffer heavy itching, top-part of scab displays exposed blood on top region of Exhibit D-2/DSC_0872. Red shown on top, and parts of scab in all directions is red from recent itching from the Brain-Computer Interface operated by the FBI illegally.

**Entry 2: Legs/ Exhibit D-3**

**Image was Taken on 09/19/2025**

Exhibit D-3/DSC_0891 is an closer look with some yellow-red dried-up puss on top of the right leg.

**Exhibit D: Page 2**

### Entry 3: Legs/Exhibit D-4

**Image was Taken on 09/19/2025**

Exhibit D-4//DSC_0878 shows small scabs about 4-5 around Plaintiff's right leg's kneecap and one lower, that resembles holes, near the (white flakey) skin (of the opposite). On Plaintiff's left leg, there near the skin appears to be a distinct left scab, resembling a hole and marks of somewhat healed scabs.

### Entry 1: Arms/ Exhibit D-5

**Image was Taken on 09/19/2025**

Exhibit D-5/DSC_0882 shows a visible scar of that is darker than the skin around once broken scab in the skin, resembling a circle near his left arm of his bicep area, from the Brain-Computer Interface operated by the FBI illegally.

### Exhibit D: Page 3

### Entry 2: Arms/ Exhibit D-6

**Image was Taken on 09/19/2025**

Exhibit D-6/DSC_0886 displays a past surgical scar and the scar being irritated itself, and somewhat a darker, yet noticeable color where the arm bends from the Brain-Computer Interface operated by the FBI illegally.

### Entry 1: Hip/ Exhibit D-7

**Image was Taken on 09/19/2025**

Exhibit D-7/DSC_0915 displays an dark and distinct marking on his right hip caused from the FBI operating the Brain-Computer Interface illegally

### Entry 1: Sideburns of Face and Scalp/ Exhibit D-8

**Image was Taken on 12/31/2025 at 5:11PM**

Exhibit D-8/20251231_171136 displays recent scabs and open holes of skin all around the backside right area of his scalp as well as sideburn near his ear in bright red from the FBI operating the Brain-Computer Interface illegally.

### Exhibit D: Page 4

### Entry 2: Sideburns of Face and Scalp/ Exhibit D-9

**Image was Taken on 01/11/2026 at 10:35PM**

Exhibit D-9/20260111_223546 displays exposed skin of his sideburn to be bright red, due to recent itching from the FBI operating the Brain-Computer Interface illegally.

### Entry 3: Sideburns of Face and Scalp/Exhibit D-10

**Image was Taken on 02/05/2026 at 3:01PM**

Exhibit D-10/20260205_150128 displays Plaintiff is still has experiencing itching and the area is still somewhat red as well as exposed from recent itching.

### Entry 1: Back of Neck/Exhibit D-11

**Image was Taken on 09/19/2025**

Exhibit D-11/DSC_0900 displays a small part of circle exposed skin, showing pink the back of Plaintiff's neck, caused by itching of the BCI.

### Exhibit D: Page 5

## Entry 2: Back of Neck/Exhibit D-12

**Image was Taken on 11/10/25 at 8:31PM**

Exhibit D-12/20251110_205322 displays a bigger part of exposed skin of

the same area, showing pink and recent scabs on the back of Plaintiff's neck.

The area has expanded from excessive itching of the BCI, used by the FBI.

## Entry 3: Back of Neck/Exhibit D-13

**Image was Taken on 06/04/26**

Exhibit D-13/DSC_1022 displays a bigger area damaged by the operating of

the Brain Computer Interface. It is darker, than 11/10/25, somewhat healed

the scab and is scaley. It also has some recent tiny scabs on the left side of

the area of recent itching.

**Exhibit D: Page 6**

### Entry 1: Side of Neck/Exhibit D-14

**Image was Taken on 09/19/2026**

Exhibit D-14/DSC_0896 displays a noticeable mark with a outline of red near the right area of his neck from itching.

### Entry 2: Side of Neck/Exhibit D-15

**Image was Taken on 06/04/26**

Exhibit D-15/DSC_1030 displays a bigger darken, healed somewhat area the Plaintiff's right side of his neck than 9/19/25. The skin displays stretch marks at this point in time.

### Exhibit D: Page 7

**Entry 1: Face (Concerning Eye areas)/Exhibit D-16**

**Image was Taken on 01/27/2026 at 3:52PM**

Exhibit D-16 displays the noticeable upper eyelid of Plaintiff's right eye is very swollen because the cranial nerves were being irritated. It was caused, estimated about one to two hours beforehand, by taking a shower as Plaintiff rubbed eyes normally like normal. Left eye was affected as well. To note, the cranial nerves of the eyelid region of both eyes were both agitated by Defendants for the last few days prior to this incident while asleep, causing discharge to form an excess amount of discharge than normal in both corneas of eyes.

**Entry 2: Face (Concerning Eye areas)/Exhibit D-17**

**Image was Taken on 01/28/2026 at 1:51AM**

Exhibit D-17 depicts the Right upper eyelid becoming a little less swollen about 10 hours later. Right eye area is still very red from the irritation as shown.

**Exhibit D: Page 8**

### Entry 3: Face (Concerning Eye areas) /Exhibit D-18

## Image was Taken on 01/31/2026 at 10:40AM

A few days later, Exhibit D-18, the upper eyelid of the eye looks significantly better, while the upper eyelid of the left eye looks actually affected from cranial nerves being disturbed with noticeable wrinkles from the same incident.

### Entry 4: Face (Concerning Eye areas) /Exhibit D-19

## Image was Taken on 02/10/2026 at 3:31PM

About three weeks later, there was another incident of this happening. The Plaintiff's lower eyelids of both eyes swollen heavily. Extremely red in areas of lower and upper eyelid, eyes are red, near nose as well too. Neosporin cream was applied.

**Exhibit D: Page 9**

## Entry 5: Face (Concerning Eye areas) /Exhibit D-20

**Image was Taken on 02/10/2026 at 3:31PM**

Exhibit D-20 shows a closer look of Plaintiff of his face. Areas near eyebrow/eyelid, and around eye is heavily red from recent irritation. This happened in the shower as well.

## Exhibit D: Page 10

# Exhibit D: Conclusion

### Statement Of Legs, Arms, Hip, Sideburns of Face and Scalp, Back of Neck, Side Of Neck, Face (Concerning Eye areas)

These logs describe and with support of disturbing pictures, display the itching caused by the usage of the Brain Computer Interface through interacting to the nervous system, by employees of the Federal Bureau Of Investigation (FBI). This demonstrates the capabilities of the Brain Computer Interface (BCI) when used maliciously, such as in this case of itching, through the Graphical User Interface (GUI).  Doe Defendants #2 to #9 as well as trigger pressure, acute pain, and physical discomfort remotely across Plaintiff's nervous system as they regularly operate this function of a 24/7 of the Brain Computer Interface, during their group-assigned shift (of usually thirty (30) minutes to one (1) hour). This also shows the group of FBI employees abusing the Brain Computer Interface, escalating out of control progressing throughout time, harming Plaintiff at each interval if noted and evaluated fairly.

Plaintiff, Wilson Hang hereby requests a jury trial on all issues raised in this complaint.

X _____          Date: __7/30/26_____

Signature